FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

99 JAN -5 AM 10:08

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| PLAINTIFF, | ) | |
| VS. | ) | CV 98-H-1020-NW |
| BENNY J. HAND, RHONDA R. HAND, and SIDNEY MACK HAND, | ) ) | |
| DEFENDANTS. | | |

ENTERED

JAN - 5 1999

## MEMORANDUM OF DECISION

The Court has before it the December 1, 1998 motion of plaintiff United States of America for summary judgment with its attached affidavit of Erskine Valrie. Pursuant to the Court's December 2, 1998 order, the motion was deemed submitted, without oral argument, on December 22, 1998. For the reasons set forth in the Court's October 13, 1998 memorandum of decision and order, the Court is satisfied there is no dispute as to any material fact and plaintiff is entitled to judgment as a matter of law for an outstanding principal balance of $188,497.81 and for accumulated interest through this date of $99,614.71. A final judgment will be entered.

DONE this 5th day of January, 1999.

James H. Hancock
SENIOR UNITED STATES DISTRICT JUDGE